(September 9, 1999)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GILL, Also Known as RED, Appellant. [693 NYS2d 922] —Appeal from a judgment of the County Court of Schenectady County (Eidens, J.), rendered September 24, 1997, convicting defendant upon his plea of guilty of the crimes of criminal possession of a controlled substance in the third degree, conspiracy in the fourth degree and hindering prosecution in the first degree.

Defense counsel seeks to be relieved of his assignment as counsel for defendant òn the ground that there are no nonfrivolous issues that can be raised on appeal. We agree. The record reveals that defendant entered a knowing, voluntary and intelligent plea of guilty of the crimes of criminal possession of a controlled substance in the third degree, conspiracy in the fourth degree and hindering prosecution in the first degree and was sentenced in accordance with the plea agreement to consecutive prison terms. In view of the foregoing, we affirm the judgment of conviction and defense counsel's application for leave to withdraw is granted (see, People v Cruwys, 113 AD2d 979, lv denied 67 NY2d 650).

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Graffeo, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.